UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

             Plaintiff,

  v.

KATHERINE KRUSS, LARRY O&#039;CONNOR AND JOHN D BAILEY,

           Defendant.

_____/

No. C 06-04942 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 23, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 3, 2007.

DESIGNATION OF EXPERTS: 7/3/07; REBUTTAL: 7/17/07.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 3, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by August 17, 2007;

      Opp. Due August 31, 2007; Reply Due September 7, 2007;

     and set for hearing no later than September 21, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 23, 2007 at 3:30 PM.

JURY TRIAL DATE: November 5, 2007 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be two days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
All parties must be properly joined by February 16, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/21/06

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California