1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   UNITED STATES OF AMERICA,                    No. C 06-04942 SI

9            Plaintiff,                          **ORDER GRANTING DEFENDANT
                                                 O'CONNOR'S UNOPPOSED MOTION
10     v.                                        TO DISMISS CROSS-COMPLAINT OF
                                                 DEFENDANT KRUSS**
11  KATHERINE KRUSS, LARRY O'CONNOR
    and JOHN D. BAILEY,

12
             Defendants.
13  _____/

14

15          Defendant Larry O'Connor has filed a motion to dismiss the cross-complaint of defendant

16  Katherine Kruss.  Hearing on the motion is currently scheduled for January 19, 2007.  Pursuant to Civil

17  Local Rule 7-1(b), the Court determines that the motion is appropriate for resolution without oral

18  argument, and VACATES the hearing.  As set forth below, the Court GRANTS O'Connor's motion to

    dismiss Kruss' cross-complaint.

19
            On August 16, 2006, the United States filed a complaint against defendants Katherine Kruss,
20
    Larry O'Connor, and John D. Bailey, alleging a failure to collect, account for, and pay over income and
21
    trust fund taxes they withheld from employees of Sable Technologies Incorporated.  Along with her
22
    answer to the complaint, defendant Kruss filled a cross-complaint against defendants O'Connor and
23
    Bailey.  Kruss' cross-complaint alleges that O'Connor and Bailey are "responsible, either in full or to
24
    the extent required by law, to recompense Katherine Kruss for any future payments she may be required
25
    to make regarding this tax liability to the Department of Treasury for tax periods ending March 31, 2001
26
    and June 30, 2001."  Kruss Answer ¶¶ 33, 37.  O'Connor has now moved to dismiss Kruss' cross-
27
    complaint.  Bailey has joined in O'Connor's motion.  Kruss has filed no opposition to the motion.
28

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

1   The government's action seeks to recover penalties assessed pursuant to Title 26, United States

2   Code, section 6672.  Subsection (d) of section 6672 provides:

3       (d) Right of contribution where more than 1 person liable for penalty.  If more than
        1 person is liable for the penalty under subsection (a) with respect to any tax, each

4       person who paid such penalty shall be entitled to recover from other persons who are
        liable for such penalty an amount equal to the excess of the amount paid by such

5       person over such person's proportionate share of the penalty.  *Any claim for such a
        recovery may be made only in a proceeding which is separate from, and is not joined*

6       *or consolidated with – (1) an action for collection of such penalty brought by the
        United States*, or (2) a proceeding in which the United States files a counterclaim or

7       third-party complaint for the collection of such penalty.

8   26 U.S.C. § 6672(d) (emphasis added).  Accordingly, Kruss' cross-complaint, which seeks recovery

9   from the co-defendants, may only be brought "in a proceeding which is separate from, and is not joined

10  or consolidated with" this action, which is "an action for collection of [a section 6672] penalty brought

11  by the United States."  *Id.*

12      For the foregoing reasons, the Court GRANTS O'Connor's motion to dismiss, without prejudice

13  to Kruss filing a claim for recovery in a separate proceeding.  (Docket No. 11)

14

15      **IT IS SO ORDERED.**

16

17  Dated: January 18, 2007

18                                                          _____
                                                            SUSAN ILLSTON

19                                                          United States District Judge

20

21

22

23

24

25

26

27

28

2