IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 06-04942 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT BAILEY'S MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| KATHERINE KRUSS, et al., | |
| Defendants. | |

Via letter brief, defendant John D. Bailey seeks a protective order from the Court excusing him from having to travel to San Francisco for deposition. Mr. Bailey is not employed in, nor does he reside in, the Northern District of California. Mr. Bailey resides in Dallas, Texas, where he is the primary caretaker for his bedridden wife. Considering the circumstances, and for good cause shown, the Court hereby GRANTS Mr. Bailey's motion for a protective order, pursuant to Federal Rules of Civil Procedure 26(c) and 30(b)(7). The deposition of Mr. Bailey shall be taken in Dallas, Texas, or by video conferencing. [Docket No. 25]

**IT IS SO ORDERED.**

Dated: June 9, 2007

SUSAN ILLSTON
United States District Judge