```
SCOTT SCHOOLS (SCBN 9990)
United States Attorney

THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7000

Attorneys for the United States of America
and the Internal Revenue Service
```

*IT IS SO ORDERED*
*[Signature] Judge Susan Illston*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE KRUSS, LARRY O'CONNOR and JOHN D. BAILEY,<br><br>　　　　Defendants.<br>------------------------------------------<br>KATHERINE KRUSS,<br><br>　　　　Cross-claimant,<br><br>　　v.<br><br>LARRY O'CONNOR and JOHN D. BAILEY,<br><br>　　　　Defendants. | Case No. C-06-4942 SI<br><br>**STIPULATED REQUEST TO WITHDRAW JURY DEMAND AND PROCEED WITH A BENCH TRIAL** |

　　　　IT IS HEREBY STIPULATED AND AGREED by the parties to this action, as set forth by their signatures below that all parties agree to withdraw the request for a trial by jury and that this matter should proceed to trial before the Honorable Susan Illston as a bench trial.

*Stipulated Request to Withdraw Jury Demand,*
*C-O6-4942-SI*

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: _October 9, 2007_ | /s/ Cynthia Ho<br>ROBERT GOLDSTEIN (CSBN 184226)<br>CYNTHIA HO<br>Law Offices of Robert L. Goldstein<br>100 Bush Street, Suite 501<br>San Francisco, CA 94104<br>Tele. (415-391-8710)<br>Attorneys for Katherine Kruss |

Dated: _October 10, 2007_  /s/ Jeffrey Setness
JEFFREY BLAINE SETNESS
Mayall, Hurley, Knutsen, Smith & Green

2453 Grand Canal Boulevard
Stockton, CA 95207
Tele: 209-477-3833
Fax: 209-473-4818
Attorney for Larry O'Connor

SCOTT SCHOOLS
United States Attorney

Dated: _October 9, 2007_  /s/ Cynthia Stier
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States

*Stipulated Request to Withdraw Jury Demand,*
*C-O6-4942-SI*

2