JEFFREY B. SETNESS - CA. STATE BAR NO. 96773
Mayall, Hurley, Knutsen, Smith & Green
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
E-mail: jsetness@mayallaw.com

Attorneys for:
LARRY O'CONNOR

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE KRUSS, LARRY O'CONNOR, and JOHN D. BAILEY,<br><br>Defendants. | CASE NO. C-06-4942-SI (EMC)<br><br>DEFENDANT LARRY O'CONNOR'S REQUEST TO APPEAR BY TELEPHONE AT FURTHER SETTLEMENT CONFERENCE; ORDER<br><br>Date: October 29, 2007<br>Time: 1:30 p.m.<br>Magistrate Judge Chen |

Defendant LARRY O'CONNOR by and through the undersigned counsel, hereby requests that he be allowed to appear by telephone at the Further Settlement Conference scheduled for October 29, 2007 at 1:30 p.m. based upon the following:

1. This Further Settlement Conference was just recently ordered by Judge Illston at the Pretrial Conference held in the afternoon of Tuesday, October 23, 2007.

2. Defendant LARRY O'CONNOR who resides in the State of Washington does not currently have access to sufficient funds to schedule a trip to San Francisco for a Settlement Conference on October 29, 2007.

O'CONNOR'S REQUEST TO APPEAR BY TELEPHONE AT FURTHER SETTLEMENT CONFERENCE SCHEDULED FOR OCTOBER 29, 2007 - 1

|   |   |
|---|---|
| 1 | 3. Defendant LARRY O'CONNOR'S business is struggling and he cannot |
| 2 | afford to be away from his business for the amount of time that would be required to |
| 3 | travel from the State of Washington to San Francisco and return. |

<u>October 25, 2007</u>   MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
DATE

/s/ Jeffrey B. Setness
**JEFFREY B. SETNESS - CA. STATE BAR NO. 96773**
Mayall, Hurley, Knutsen, Smith & Green
2453 Grand Canal Boulevard, Second Floor
Stockton, California  95207
**Telephone:**   (209) 477-3833
**Facsimile:**   (209) 473-4818
E-mail:   jsetness@mayallaw.com

## ORDER

Defendant LARRY O'CONNOR'S request to appear by telephone for the 10/29/07 Further Settlement Conference is GRANTED.

DATED: October 26, 2007

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Edward M. Chen]

O'CONNOR'S REQUEST TO APPEAR BY TELEPHONE AT FURTHER SETTLEMENT CONFERENCE SCHEDULED FOR OCTOBER 29, 2007 - 2