SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Acting Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America
and the Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE KRUSS, et al.,<br><br>　　　　Defendants. | No. C-06-04942-SI<br><br>**STIPULATION FOR<br>ENTRY OF JUDGMENT<br>AND [proposed] JUDGMENT** |

The parties, United States of America and Defendant, Katherine Kruss, agree, subject to the Court's approval, as follows:

　　1.　　That judgment may be entered in favor of the United States and against the defendant, Katherine Kruss, for the trust fund recovery penalty assessment made against her with respect to the unpaid payroll taxes of Sable Technologies, Inc. for the first and second quarters of 2001, in the amount of $139,822.00, plus interest accruing after the date of entry of judgment, pursuant to 28 U.S.C. §1961(c) until fully paid.

//

//

*Stipulation for Entry of Judgment
and [proposed] Order
C-06-04942-SI*

1

2.  That each party to bear his or her own costs and fees.

IT IS SO STIPULATED:

Dated: _____

*[signature]*
CYNTHIA STIER
Counsel for United States

Dated: 12/5/07

*[signature]*
ROBERT GOLDSTEIN (CSBN 184226)
Attorney at Law
100 Bush Street, Suite 501
San Francisco, CA 94104
(Telephone: 415-391-8710 ext.101)
Attorney for Katherine Kruss

ORDER

IT IS SO ORDERED.

DATED: _____

*[signature]*
SUSAN ILLSTON
United States District Judge

*Stipulation for Dismissal and*
*Entry of Judgment and [proposed] Judgment*
*C-05-3964-MJJ*

2