SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102
 Telephone: (415) 436-7000

Attorneys for the United States of America
and the Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>KATHERINE KRUSS, et al., )<br>)<br>    Defendants. )<br>) | No. C-06-04942-SI<br><br>**STIPULATION FOR<br>ENTRY OF JUDGMENT<br>AND [proposed] JUDGMENT** |

The parties, United States of America and Defendant, Larry O'Connor, agree, subject to the Court's approval, as follows:

1.   That judgment may be entered in favor of the United States and against the defendant, Larry O'Connor, for the trust fund recovery penalty assessment made against him with respect to the unpaid payroll taxes of Sable Technologies, Inc. for the second quarter of 2001, in the amount of $8,000.00, plus interest accruing after the date of entry of judgment, pursuant to 28 U.S.C. §1961(c) until fully paid.

//

//

*Stipulation for Entry of Judgment*
*and [proposed] Order*
*C-06-04942-SI*

1

2. That each party to bear his or her own costs and fees.

IT IS SO STIPULATED:

Dated: December 20, 2007        _____
                                CYNTHIA STIER
                                Counsel for United States

Dated: Dec 19, 2007             _____
                                JEFFREY SETNESS (CSBN 96773)
                                MAYALL, HURLEY, KNUTSEN,
                                    SMITH & GREEN
                                2453 Grand Canal Blvd.
                                Stockton, CA 95207-8253
                                (Telephone: 209-477-3833)
                                Attorney for Larry O'Connor

## ORDER

IT IS SO ORDERED.

DATED: _____          _____
                                SUSAN ILLSTON
                                United States District Judge

*Stipulation for Dismissal and
Entry of Judgment and [proposed] Judgment
C-05-3964-MJJ*

2